Paul Douglas TRAYNHAM,
Plaintiff–Appellee,

v.

Terrence TYLER; Luther Glover,
Defendants–Appellants.

No. 01–7506.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 7, 2002.

Decided March 11, 2002.

Mary S. Mercer, Assistant Attorney General, Raleigh, North Carolina, for Appellants. Letitia C. Echols, North Carolina Prisoner Legal Services, Inc., Raleigh, North Carolina, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Appellants, North Carolina correctional officers, appeals the district court's order denying their motion for summary judgment based upon qualified immunity. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Traynham v. Tyler,* No. CA–00–134–5–BR (E.D.N.C. Aug. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*